UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Arcon Solutions, LLC
               Plaintiff

-against-

East 29th Street, LLC and
Espais Promocions Immobilaries Epi, S.A.
               Defendants

CASE NO. 08 CV. 02050 (RMB)

---

PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.

DATE: February 29, 2008

FORM SDNY-9

SIGNATURE OF ATTORNEY