USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARCON SOLUTIONS, LLC,

                Plaintiff,                08 Civ. 2050 (RMB)

    -against-                  **ORDER OF DISCONTINUANCE**

EAST 29TH STREET, LLC, et al.,

                Defendants.
------------------------------------------------------------X

      Based on plaintiff's failure to prosecute and appear on April 4, 2008 for a scheduled conference, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that within seven (10) days of the date of this Order, counsel for plaintiff may apply by letter showing good cause why this action should be restored to the calendar.

**SO ORDERED.**

Dated: New York, New York
       April 4, 2008

                                                     Richard M. Berman, U.S.D.J.