UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCON SOLUTIONS, LLC,

                Plaintiff,

  -against-

EAST 29th STREET, LLC, and
ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,

                Defendants.

08 CV 02050 (RMB)

NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned has been retained as local counsel for the plaintiff, ARCON SOLUTIONS, LLC, in the above entitled action and demands that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
      April 9, 2008

_____
Steven A. Rosen
Local Counsel for Plaintiff
501 Fifth Avenue, Suite 804
New York, NY 10017
(212) 599-3970