## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 02050                                           Purchased/Filed: February 29, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT

---

Arcon Solutions, LLC                                                Plaintiff

against

East 29th Street, LLC, et ano                                       Defendant

---

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

____Jessica Miller____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____March 7, 2008____, at ____2:00pm____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Demand For Jury Trial and Judges Rules on

____East 29th Street, LLC____, the Defendant in this action, by delivering to and leaving with ____Chad Matice____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: ____

Sworn to before me on this

11th day of ____March, 2008____

_____                    _____
DONNA M. TIDINGS                                                 Jessica Miller
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011                   Invoice·Work Order # SP0802344

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**