**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARCON SOLUTIONS, LLC,
        Plaintiff(s),

    -against-

EAST 29TH STREET, LLC, and ESPAIS
PROMOCIONS IMMOBILARIES EPI, S. A.,
        Defendant(s).
-----------------------------------------------------------X

Index No. 08 CV 02050 (RMB)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

    HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 5th day of March 2008, at approximately 12:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT JURY TRIAL DEMANDED, INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN AND 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL** upon Espais at 33 East 33rd Street, 6th Floor, New York, NY 10016, by personally delivering and leaving the same with Andres Hogg, General Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

    Andres Hogg is a white male, approximately 45 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 220 pounds with brown hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
7th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com