UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCON SOLUTIONS, LLC,

                 Plaintiff,

-against-

EAST 29th STREET, LLC, and
ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,

                 Defendants.

08 CV 02050
U.S. District Court Judge
Richard M. Berman

**ORDER FOR ADMISSION**
**PRO HAC VICE**

---

Upon the motion of Steven A. Rosen, attorney for Plaintiff Arcon Solutions, LLC and said sponsor attorney's affidavit in supports;

**IT IS HEREBY ORDERED** that

    Mikhael Buchanan, Esq.
    Zarco, Einhorn, Salkowski & Brito, P.A.
    Bank of America Tower
    100 Southeast 2nd Street, Suite 2700
    Miami, FL 33131
    Phone: (305) 374-5418
    Fax: (305) 374-5428

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court, are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys. If this action assigned to the ECF system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 4/11, 2008

                                            RMB
                                            United States District ~~Magistrate~~ Judge

                                            Richard M. Berman