UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCON SOLUTIONS, LLC,<br><br>                                    Plaintiff,<br><br>-against-<br><br>EAST 29th STREET, LLC, and<br>ESPAIS PROMOCIONS IMMOBILARIES EPI,<br>S.A.,<br><br>                                    Defendants. | 08 CV 02050<br>U.S. District Court Judge<br>Richard M. Berman<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

Upon the motion of Steven A. Rosen, attorney for Plaintiff Arcon Solutions, LLC and said sponsor attorney's affidavit in supports;

**IT IS HEREBY ORDERED** that

> Robert Zarco, Esq.
> Zarco, Einhorn, Salkowski & Brito, P.A.
> Bank of America Tower
> 100 Southeast 2nd Street, Suite 2700
> Miami, FL 33131
> Phone: (305) 374-5418
> Fax: (305) 374-5428

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/08
```

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court, are subject to the Local Rules of this Court, including the rules governing the discipline of attorneys. If this action assigned to the ECF system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 4/11, 2008

_RMB_
_Richard M. Berman_
United States District ~~Magistrate~~ Judge