UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCON SOLUTIONS, LLC,

Plaintiff,

-against-

EAST 29th STREET, LLC, and
ESPAIS PROMOCIONS IMMOBILARIES EPI,
S.A.,

Defendants.

08 CV 02050
U.S. District Court Judge
Richard M. Berman

**ORDER FOR ADMISSION**
**PRO HAC VICE**

Upon the motion of Steven A. Rosen, attorney for Plaintiff Arcon Solutions, LLC and

said sponsor attorney's affidavit in supports;

**IT IS HEREBY ORDERED** that

> Robert F. Salkowski, Esq.
> Zarco, Einhorn, Salkowski & Brito, P.A.
> Bank of America Tower
> 100 Southeast 2nd Street, Suite 2700
> Miami, FL 33131
> Phone: (305) 374-5418
> Fax: (305) 374-5428

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in

the United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the rules governing the

discipline of attorneys.  If this action assigned to the ECF system, counsel shall immediately

apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to

the Clerk of Court.

Dated: April __11__, 2008

_____
United States District ~~Magistrate~~ Judge

