BERMAN, S.

**MEMO ENDORSED**
*as amended*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCON SOLUTIONS, LLC, | No. 08 CV 02050 (RMB) |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT |
| EAST 29th STREET, LLC, and ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A., | |
| Defendants. | |

1.  This request is jointly agreed to by Plaintiff Arcon Solutions, LLC and Defendants East 29th Street, LLC and Espais Promocions Immobilaries EPI, S.A. The undersigned parties initially agreed to an extension of time to answer, move, or otherwise respond to the Complaint through and including April 18, 2008 via e-mail.

2.  No previous requests for extensions or adjournments have been made before the Court, and Defendants' previous dates to respond were March 27, 2008 and March 25, 2008 respectively.

3.  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the time in which East 29th Street, LLC and Espais Promocions Immobilaries EPI, SA to answer, move, or otherwise respond to the Complaint in the above-captioned matter is (and was) hereby extended through and including April 18, 2008.

4/15/08

4. This Stipulation may be executed in counterparts, each of which shall be considered to be an original instrument. Fax signatures shall be deemed to be originals.

Dated: New York, New York
April 15, 2008

PRYOR CASHMAN LLP

By: _____
Todd E. Soloway (TS-9500)
Jonathan T. Shepard
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendants East 29th Street LLC and Espais Promocions Immobilaries EPI, S.A.*

ZARCO EINHORN SALKOWSKI & BRITO, P.A.

By: _____
Robert F. Salkowski, Esq. (RS 0358)
Robert Zarco, Esq. (RZ 0104)
Mikhael Buchanan, Esq. (MB 1156)
100 S.E. 2nd Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428

*Attorneys for Plaintiff Arcon Solutions, LLC*

\*SEE COURT'S RULES RE: MOTIONS

SO ORDERED:

Date: April 15, 2008

_____
RMB
The Honorable Richard M. Berman
United States District Court Judge

2