BERMAN, 5,

**MEMO ENDORSED**
AS AMENDED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCON SOLUTIONS, LLC,

    Plaintiff,

v.

EAST 29th STREET, LLC, and ESPAIS
PROMOCIONS IMMOBILARIES EPI, S.A.,

    Defendants.

No. 08 CV 02050 (RMB)

STIPULATION AND ORDER TO
EXTEND TIME TO RESPOND TO
COMPLAINT

1. This request is jointly agreed to by Plaintiff Arcon Solutions, LLC and Defendants East 29th Street, LLC and Espais Promocions Immobilaries EPI, S.A.

2. A previous Stipulation to extend time to respond to the Complaint through and including April 18, 2008 was so ordered by the Court on April 15, 2008. Defendants' initial dates to respond were March 27, 2008 and March 25, 2008 respectively.

3. IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the time in which East 29th Street, LLC and Espais Promocions Immobilaries EPI, SA to answer, move*, or otherwise respond to the Complaint in the above-captioned matter is (and was) hereby extended through and including April 23, 2008, and in light of such requested extension, that the preliminary conference scheduled for April 21, 2008 be adjourned to a later date in convenience of the Court.

\* SEE COURT'S RULES RE: MOTIONS.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

4. This Stipulation may be executed in counterparts, each of which shall be considered to be an original instrument. Fax signatures shall be deemed to be originals.

5. **THE RULE 16 CONFERENCE IS ADJOURNED TO 4/29/08 AT 12:15 P.M.**

Dated: New York, New York
April 17, 2008

PRYOR CASHMAN LLP

By: _____
Todd E. Soloway
Jonathan T. Shepard
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendants East 29th Street LLC
and Espais Promocions Immobilaries EPI, S.A.*

ZARCO EINHORN SALKOWSKI & BRITO, P.A.

By: _____
Robert F. Salkowski, Esq. (RS 0358)
Robert Zarco, Esq. (RZ 0104)
Mikhael Buchanan, Esq. (MB 1156)
100 S.E. 2nd Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428

*Attorneys for Plaintiff Arcon Solutions, LLC*

SO ORDERED:

Date: April 18, 2008

_____
Richard M. Berman
The Honorable Richard M. Berman
United States District Court Judge

2