Todd E. Soloway
tsoloway@pryorcashman.com
Jonathan T. Shepard
jshepard@pryorcashman.com
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ARCON SOLUTIONS, LLC,

        Plaintiff/Counterclaim Defendant,

vs.

EAST 29TH STREET, LLC and ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,

        Defendants/Counterclaimants,

vs.

MICHAEL FALKE and MARK GEMIGNANI,

        Additional Counterclaim Defendants.
------------------------------------------------X

Case No. 08 CV 02050 (RMB)

## DEFENDANTS/COUNTERCLAIMAINTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for East 29th Street LLC ("East 29th Street") and Espais Promocions Immobilaries EPI, S.A. ("Espais") certifies that the following are a corporate parent or a publicly held corporation that owns 10% or more of Espais' or East 29th Street's stock:

### East 29th Street LLC

- 39-45 East 29th Street Corp. (parent of East 29th Street LLC)
- Espais Promocions Immobiliaries E.P.I., S.A. (parent of 39-45 East 29th Street Corp.)
- Lasia Promocions Immobiliaries, S.L. (parent of 39-45 East 29th Street Corp.)

### Espais Promocions Immobiliaries E.P.I., S.A.

- Schiedamse Vest Beer (parent of Espais Promocions Immobiliaries E.P.I., S.A.)
- Garadice NV (parent of Espais Promocions Immobiliaries E.P.I., S.A.)
- Titris SA (parent of Schiedamse Vest Beer and Garadice NV)
- Fondo De Inversion (parent of Titris SA)
- Credit Agricole (parent of Fondo De Inversion)
- Ing Bank NV (publicly held company in Holland that is a parent of Fondo De Inversion)
- Zurich Financial Services (publicly held company in Switzerland that is a parent of Fondo De Inversion)

Dated: New York, New York
April 23, 2008

PRYOR CASHMAN LLP

By: ___[signature]___
Todd E. Soloway
tsoloway@pryorcashman.com
Jonathan T. Shepard
jshepard@pryorcashman.com
410 Park Avenue, 10th Floor
New York, New York 10022
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Defendants/Counterclaimants