UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCON SOLUTIONS, LLC,

                Plaintiff,

-against-

EAST 29th STREET, LLC, and
ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,

                Defendants.

08 CV 02050 (RMB)

**CASE MANAGEMENT PLAN**



[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 4/29/08]

    The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

    (i)    Joinder of additional parties by: July 31, 2008.

    (ii)    Amend the pleadings by: July 31, 2008.

    (iii)    All discovery to be **expeditiously** completed by: ~~March 15, 2009~~ [handwritten: 9/9/08 FACT + EXPERT]

    (iv)    Consent to Proceed before Magistrate Judge: Neither Party has agreed at this time to proceed before the Magistrate Judge.

    (v)    Status of settlement discussions: There have been no settlement discussions as of the date of this Case Management Plan. [handwritten: with principals on 9/10/08 @ 10:00 AM]

**Sections vi through xi will be set at conference with the Court.**

    (vi)    Motions: _____

    (vii)    Oral Argument: _____

    (viii)    Joint Pre-Trial Order to be submitted by: _____

    (ix)    Final Pre-Trial Conference: _____

(x)   Trial:_____

(xi)  Other: _____

SO ORDERED: New York, New York

April **29**, 2008

                                        *RMB*
                          Hon. Richard M. Berman, U.S.D.J.

cc:   Counsel of Record

#1139027 v1 \18861 \001