AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

ARCON SOLUTIONS, LLC.

    Plaintiff/Counterclaim Defendant

    -against-

EAST 29th STREET, LLC and ESPAIS PROMOCIONS IMMOBILARIES EPI.,

    Defendants/Counterclaimants

    -against-

MICHAEL FALKE and MARK GEMIGNANI

    Additional Counterclaim Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV. 02050 (RMB)

TO: Michael Falke
    c/o Arcon Solutions, LLC
    Espirito Santo Plaza
    1395 Brickell Ave., Suite 800
    Miami, FL 33131

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY

PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
(212) 421-4100

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                     APR 2 3 2008

CLERK                                                                              DATE

BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        *Signature of Server*

                                         _____
                                         *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARCON SOLUTIONS, LLC,

        Plaintiff/Counterclaim Defendant,

-against-

EAST 29TH STREET, LLC and ESPAIS PROMOCIONS
IMMOBILIARIES EPI,

        Defendants/Counterclaimants,

-against-

MICHAEL FALKE and MARK GEMIGNANI,

        Additional Counterclaim Defendants.
------------------------------------------------------------X

Case No. 08 CV 02050 (RMB)

AFFIDAVIT OF SERVICE

STATE OF FLORIDA    )
                       S.S.
COUNTY OF DADE     )

    ERNESTO VALDEZ, being duly sworn, deposes and says that he is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

    That on the 25th day of April, 2008, at approximately the time of 12:40 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; ANSWER AND COUNTERCLAIMS upon MICHAEL FALKE c/o Arcon Solutions, LLC at Espirito Santo Plaza, 1395 Brickell Avenue, Suite 800, Miami, FL, by personally delivering and leaving the same with Comptroller, CHESI ARGIBAY, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked whether MICHAEL FALKE is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

APR.30.2008 10:02  2129410235                    DLS NY                          #0381 P.002 /005

 

# Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

CHESI ARGIBAY is a white female, approximately 25 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 130 pounds with dark blond hair and light eyes.

_____
ERNESTO VALDEZ

Sworn to before me this
30th day of April, 2008

[OFFICIAL NOTARY SEAL
Ramses Domenech
COMMISSION No DD650520
EXPIRES JULY 15, 20__]

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

Todd E. Soloway
tsoloway@pryorcashman.com
Jonathan T. Shepard
jshepard@pryorcashman.com
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ARCON SOLUTIONS, LLC,

        Plaintiff/Counterclaim Defendant,      Case No. 08 CV 02050 (RMB)

        vs.      **AFFIDAVIT OF SERVICE**

EAST 29TH STREET, LLC and ESPAIS PROMOCIONS
IMMOBILIARIES EPI, S.A.,

        Defendants/Counterclaimants,

        vs.

MICHAEL FALKE and MARK GEMIGNANI,

        Additional Counterclaim Defendants.
----------------------------------------X

        VANESSA G. LAN, being duly sworn, deposes and says:

1.    I am not a party to this action, I am over 18 years of age and reside in New York, New York.

2.    On May 1, 2008, I caused to be served the within Summons and Answer and Counterclaims by depositing a true copy thereof enclosed in an envelope addressed to the

following persons at the address set forth after their names in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State:

Michael Falke
c/o Arcon Solutions, LLC
Espirito Santo Plaza
1395 Brickell Ave., Suite 800
Miami, FL 33131

-and-

Mark Gemignani
c/o Arcon Solutions, LLC
Espirito Santo Plaza
1395 Brickell Ave., Suite 800
Miami, FL 33131

_____
VANESSA G. LAN

Sworn to before me on this
1st day of May, 2008

_____
NOTARY PUBLIC

PATRICK SIBLEY
Notary Public, State of New York
No. 01SI6152486
Qualified in Queens County
Commission Expires September 18, 2010