UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCON SOLUTIONS, LLC,

        Plaintiff, Counter-Defendant

-against-

EAST 29th STREET, LLC, and
ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,

        Defendants, Counter-claimants,

-against-

MICHAEL FALKE and MARK GEMIGNANI,

        Additional Counter-Defendants.

08 CV 02050 (RMB)

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTER-CLAIMS AND CLAIMS AGAINST ADDITIONAL PARTY DEFENDANTS



DATE FILED: 5/16/08

    1.    This is a request by Plaintiff/Counter-Defendant Arcon Solutions, LLC ("Arcon") and Additional Counter-Defendants Michael Falke ("Falke") and Mark Gemignani ("Gemignani") for an extension of time to respond to counter-claims and additional party claims by Defendants/Counter-claimants East 29th Street, LLC ("East 29th Street") and Espais Promocions Immobiaries EPI ("Espais" and, collectively with East 29th Street, "Defendants/Counter-claimants") against Arcon, Falke and Gemignani. East 29th Street and Espais consent to this request.

    2.    A response to Defendants/Counter-claimants' counter-claims and additional party claims is currently due on May 16, 2008.

    3.    Defendants/Counter-claimants previously filed two requests before the Court for extensions to respond to Arcon's Complaint.

May-15-08  12:19pm  From-Pryor Cashman LLP          LLP        12123260806              T-143  P 003/004  F-544

4. Arcon, Falke and Gemignani have agreed that they will not challenge the sufficiency of service of the summons, counter-claims and additional party claims on either of them, and waive any defense relating to such service.

5. IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the time in which Arcon, Falke and Gemignani have to answer, move (in accordance with this Court's Individual Practices Rule regarding motions), or otherwise respond to the counter-claims and additional party claims in the above-captioned matter is hereby extended through and including May 30, 2008.

6. This Stipulation may be executed in counter parts, each of which shall be considered to be an original instrument. Fax signatures shall be deemed to be originals.

Dated: New York, New York
       May 15, 2008

ZARCO, EINHORN,
SALKOWSKI AND BRITO, PA

By: _____
Robert Zarco, Esq. (RZ 0104)
Robert F. Salkowski, Esq. (RS 0358)
Mikhael Buchanan, Esq. (MB 1156)
Bank of America Tower
100 Southeast 2nd Street, Suite 2700
Miami, FL 33131
Phone: (305) 374-5418
Fax: (305) 374-5428

*Attorneys for Plaintiff/Counter-Defendant Arcon Solutions LLC and Additional Counter-Defendants Michael Falke and Mark Gemignani*

PRYOR CASHMAN, LLP

By: _____
Todd E. Soloway
Jonathan T. Shepard
410 Park Avenue
New York, New York 10022
Phone: (212) 421-4100
Fax: (212) 326-0506

*Attorneys for Defendants/Counterclaimants
East 29th Street, LLC and Espais
Promocions Immobilaries EPI, S.A.*

SO ORDERED:

Date: May **16**, 2008

_____
The Honorable Richard M. Berman
United States District Court Judge