Robert Zarco, Esq. (RZ 0104)
Robert F. Salkowski, Esq. (RS 0358)
Mikhael Buchanan, Esq. (MB 1156)
Zarco, Einhorn, Salkowski & Brito, P.A.
Bank of America Tower
100 Southeast 2nd Street, Suite 2700
Miami, FL 33131
Phone: (305) 374-5418
Fax: (305) 374-5428

Steven A. Rosen, Esq.
501 Fifth Avenue, Suite 804
New York, New York, 10017
Phone: (212) 599-3970
Fax: (212) 599-3969

Attorneys for Plaintiff/Counter-Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARCON SOLUTIONS, LLC,<br><br>　　　　Plaintiff, Counter-Defendant<br><br>　　-against-<br><br>EAST 29th STREET, LLC, and<br>ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,<br><br>　　　　Defendants, Counter-claimants,<br><br>　　-against-<br><br>MICHAEL FALKE and MARK GEMIGNANI,<br><br>　　　　Additional Counter-Defendants. | **NOTICE OF COUNTER-**<br>**DEFENDANTS FALKE AND**<br>**GEMIGNANI'S MOTION TO**<br>**DISMISS COUNTERCLAIMS**<br><br><br>08 CV 02050 (RMB) |

**Please Take Notice** that upon the annexed Declarations of Michael Falke and Mark Gemignani, dated June 23, 2008 and the accompanying Memorandum of Law, Counter-

Defendants Michael Falke and Mark Gemignani will move this Court before the Honorable Richard M. Berman, United States District Judge, at the Courthouse, 500 Pearl Street, New York, New York on July 14, 2008 at 9:30 a.m. or as soon thereafter as counsel can be heard, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) dismissing Defendants/Counter-Claimants East 29th Street, LLC and Espais Promocions Immobilaries EPI, S.A.'s Counterclaims against Michael Falke and Mark Gemignani.

Date: June 23, 2008                                     ZARCO EINHORN SALKOWSKI & BRITO, P.A.

By: s/Robert F. Salkowski _____
Robert F. Salkowski (RS 0358)
rsalkowski@zarcolaw.com
Mikhael Ann Buchanan (MB 1156)
mbuchanan@zarcolaw.com
100 S.E. 2nd Street, Suite 2700
**Miami, Florida, 33131**
**Telephone: (305) 374-5418**
Facsimile: (305) 374-5428

Steven A. Rosen
501 Fifth Avenue, Suite 804
New York, New York 10017
Telephone: (212) 735-8600

**To:**   **Todd Evan Soloway**
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022
(212) 421-4100
Fax: (212)798-6328
Email: tsoloway@pryorcashman.com