UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCON SOLUTIONS, LLC,

    Plaintiff/Counterclaim Defendant,

v.

EAST 29th STREET, LLC, and ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,

    Defendants/Counterclaimants,

v.

MICHAEL FALKE and MARK GEMIGNANI

    Additional Counterclaim Defendants.

No. 08 CV 02050 (RMB)

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIM DEFENDANTS' MICHAEL FALKE AND MARK GEMIGNANI'S MOTION TO DISMISS COUNTERCLAIMS



WHEREAS, Counterclaim Defendants Michael Falke and Mark Gemignani have moved pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) to dismiss the counterclaims asserted by Defendants/Counterclaimants East 29th Street, LLC and Espais Promocions Immobilaries EPI, S.A (the "Motion"); and

WHEREAS, the Defendants/Counterclaimants' opposition to the Motion is currently due on July 9, 2008 and the Counterclaim Defendants' reply is currently due July 16, 2008; and

WHEREAS, the Counterclaim Defendants have consented to a one-week adjournment of the date by which Defendants/Counterclaimants are required to oppose the Motion and no previous requests for extension have been made on the Motion.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that:

1.    Defendants/Counterclaimants' opposition to Counterclaim Defendants' Motion shall be served so as to be received by July 16, 2008;

2. Counterclaim Defendants' reply, if any, shall be served so as to be received by July 23, 2008.

3. This Stipulation may be executed in counterparts, each of which shall be considered to be an original instrument. Fax signatures shall be deemed to be originals.

4. Existing discovery time to be not affected by extension

Dated: New York, New York
July 2, 2008

PRYOR CASHMAN LLP

By: _____
Todd E. Soloway
tsoloway@pryorcashman.com
Ilene S. Farkas
IFarkas@pryorcashman.com
Jonathan T. Shepard
jshepard@pryorcashman.com
410 Park Avenue
New York, New York 10022
Telephone: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendants/Counterclaimants*

ZARCO EINHORN SALKOWSKI & BRITO, P.A.

By: _____
Robert F. Salkowski, Esq. (RS 0358)
Robert Zarco, Esq. (RZ 0104)
Mikhael Buchanan, Esq. (MB 1156)
100 S.E. 2nd Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428

*Attorneys for Counterclaim Defendants Michael Falke and Mark Gemignani*

SO ORDERED:
Date: July 7, 2008

RMB
_____
The Honorable Richard M. Berman
United States District Judge

2