Todd E. Soloway
tsoloway@pryorcashman.com
Jonathan T. Shepard
jshepard@pryorcashman.com
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

— — — — — — — — — — — — — — — — — — — — — — — —X

ARCON SOLUTIONS, LLC,                                       :
                                                            :
                  Plaintiff/Counterclaim Defendant,         :        Case No. 08 CV 02050 (RMB)
                                                            :
              vs.                                           :
                                                            :        **DECLARATION OF RAFAEL DE**
EAST 29TH STREET, LLC and ESPAIS PROMOCIONS :               **GISPERT IN OPPOSITION TO**
IMMOBILIARIES EPI, S.A.,                                    :        **ADDITIONAL COUNTERCLAIM**
                                                            :        **DEFENDANTS' MOTION TO**
                  Defendants/Counterclaimants,              :        **DISMISS COUNTERCLAIMS**
                                                            :
              vs.                                           :
                                                            :
MICHAEL FALKE and MARK GEMIGNANI,                           :
                                                            :
                  Additional Counterclaim Defendants.       :

— — — — — — — — — — — — — — — — — — — — — — — —X

RAFAEL DE GISPERT declares as follows:

     1.      I am the Director Juridic of Espais Promocions Immobiliaries EPI, S.A.

("Espais") and am admitted to practice law in Spain. I am fully familiar with the facts and

circumstances contained herein, and I submit this declaration in opposition to Michael Falke's

("Falke") and Mark Gemignani's ("Gemignani" and, collectively with Falke, "Additional

Counterclaim Defendants") motion to dismiss counterclaims pursuant to Federal Rules of Civil

Procedure 12(b)(2) and 12(b)(6). If called as a witness, I could and would competently testify to the matters stated herein.

### A. Development of Relationship of Mutual Trust Between the Parties

2.      East 29th Street wanted to construct a first class residential condominium building on a parcel of property located at 39-45 East 29th Street, New York, New York, which it had acquired on or about September 29, 2006 (the "Building"). The principals of East 29th Street, LLC ("East 29th Street") who are based in Barcelona and are experienced real estate developers, would have employed their own development company, Espais, to run the project including all aspects of pre-construction, construction and sales.

3.      Espais and the principals of East 29th Street had not previously been involved in a real estate development project in New York City and thus determined that they needed to retain a real estate development management company based in the United States to serve as the development manager in connection with the $162,000,000 construction project.

4.      Thereafter, Espais engaged in discussions with Arcon, and specifically Falke and Gemignani, to serve as the development manager for the project. Falke and Gemignani represented to Espais that they had over 45 years of combined experience in the commercial real estate and construction industry together with an in-depth knowledge and understanding of the New York marketplace.

### i) East 29th Street Gave Falke and Gemignani Total Control Over the Development and Construction of a New York City Building

5.      On or about August 1, 2006, in reliance on Falke's and Gemignani's extensive self-represented experience as project development managers, Espais and Arcon entered into a development management agreement (the "Development Management Agreement"). Under this agreement, Espais entrusted Arcon to coordinate the acquisition, development and construction

of the Building and the marketing and sales of the residential units (the "Development Project"), while Espais monitored the development remotely from Spain.

6.      As the sole principals of Arcon, Falke and Gemignani acted as the development managers and controlled all aspects of the New York Development Project, including, without limitation, procuring contractors, preparing cost forecasts, paying all the vendors on the project, overseeing the process of submitting cost requisition statements to the construction lender, developing and managing project budgets and marketing the residential units in the Building.

7.      Falke and Gemignani made numerous site visits to New York (for which they were reimbursed by East 29th Street) in order to personally monitor and coordinate with the professionals associated with the project. During such visits Falke and Gemignani actually worked out of East 29th Street's sales office located on 33rd Street in Manhattan.

### ii) East 29th Street Granted Falke Access to its Business Checking Account

8.      Evidencing the trust that East 29th Street placed in Falke and Gemignani to faithfully discharge their duties as development managers in connection with the Development Project, East 29th Street opened a business checking account (the "East 29th Street Account") with Wachovia Bank, N.A. ("Wachovia") and gave Falke, the Managing Member of Arcon, authority to make pre-approved withdrawals from this account in order to pay contractors who insisted on being paid every 15 days rather than the normal schedule of every 30 days.

### B.    The First Theft of Funds by Falke and Gemignani and their Admission of Wrongdoing

9.      In betrayal of East 29th Street's trust, Falke and Gemignani, by virtue of their roles as the sole principals of Arcon, gained access and stole funds in the East 29th Street Account. On or about May 18, 2007 and September 7, 2007, Falke made unauthorized transfers

of funds in the amounts of \$420,000 and \$1,070,000 respectively from the East 29th Street

Account to his own personal account. <u>See</u> Ex. A annexed hereto.

        10.     After failing to respond to East 29th Street's repeated demands to return these

unauthorized fund withdrawals for months, Falke and Gemignani finally returned \$1,527,220

(the amount converted, plus interest) to the East 29th Street Account on or about January 15,

2008 and admitted their wrongdoing in utilizing the account as their "personal piggybank,"

stating in an e-mail entitled "SORRY" to Lluis Casamitjana, an officer at Espais:

> I will have the money Monday put into the East 29th Street account
> and from there we can have it wired to whatever account you instruct
> us to wire it to. Both Mark and I am VERY SORRY for any trouble
> this has caused you...[w]e made a VERY BAD CHOICE and
> I hope that you can forgive us. (Emphasis in original). <u>See</u> Ex. B annexed hereto.

**C.    <u>Falke's Authorization to the East 29th Street Account Revoked</u>**

        11.     As a result of Falke's and Gemignani's egregious actions, I notified Wachovia in

writing on January 10, 2008 that Falke's prior authority to make withdrawals from the East 29th

Street Account was revoked. <u>See</u> Ex. C annexed hereto.

**D.    <u>The Second Theft of Funds by Falke and Gemignani</u>**

        12.     Approximately two hours thereafter, Falke sent an email to me stating that he had

taken his "fees due" in the amount of \$218,750 from the East 29th Street Account. <u>See</u> Ex. D

annexed hereto.

        13.     While at the Wachovia Miami branch, Ricard San Jose Sorroche of Espais and I

learned that Falke had made an unauthorized funds transfer request from the East 29th Street

account in the amount of \$218,750. Upon my direct in-person request to Jorge Aguirre, the

Relationship Manager at Wachovia's International Private Advisory Group, this unauthorized

funds transfer was stopped.

i)     **Termination of the Development Management Agreement**

14.     After another, in a long line of inexcusable transgressions by Falke, Espais and East 29th Street were left with no option but to immediately sever the relationship with Arcon as they could simply not continue to place trust in Falke and Gemignani who, in addition to materially breaching their duties under the Development Management Agreement, repeatedly defalcated East 29th Street's funds.

15.     On January 16, 2008, Espais' representatives informed Falke that Espais was terminating the Development Management Agreement. See Ex. E annexed hereto.

16.     Incredibly, only hours after Espais terminated the Development Management Agreement, Falke once again requested an unauthorized funds transfer in the amount of $218,750 from the East 29th Street Account.

17.     Notwithstanding the prior written notification and Espais' in-person instructions, Wachovia permitted the funds transfer to go through, and such funds were transferred to Falke's personal account at Wachovia. See Ex. F annexed hereto.

ii)     **Commingling of Funds by Falke and Gemignani**

18.     Thereafter, Falke transferred such funds from his own personal account to that of Gemignani, who, in turn, made an unauthorized wire transfer from his personal account to a Wachovia personal account maintained by Jill Falke, Falke's estranged spouse, in the amount of $48,915. See Exs. G and H annexed hereto. Later that day a wire transfer in the amount of $65,835 was made from Gemignani's personal account back to Falke's personal account, and thereby completed the circle of commingling funds contained in the East 29th Street Account between and among Falke and Gemignani. See Ex. I annexed hereto.

19.     The only explanation for these post-theft transfers was to somehow hide the stolen funds from East 29th Street and Espais.

20.     By virtue of Falke's and Gemignani's wrongful acts, East 29th Street and Espais were literally deprived the use of nearly $2,000,000 that would have been otherwise used to advance the development and construction of the Building.

I declare under penalty of perjury that the foregoing is true and correct.


Executed:  Barcelona, Spain
           July 15, 2008

                                              _____
                                                    Rafael de Gispert



754056                                6

# EXHIBIT
# A



## Cash Management Small Business Checking

02        2000015538659  036  130        0   38        33,142

---

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 5/01 | 56,000.00 | TRANSFERRED TO *********7089 CCSC: G 85246 |
| 5/07 | 100,000.00 | FUNDS TRANSFER (ADVICE 2007050700039744) SENT TO CHASE MANHATTAN B/ BNF=PRYOR CASHMAN SHERMAN & FLYNN OBI= RFB=        05/07/07 01:49PM ET |
| 5/16 | 1,506.61 | TRANSFERRED TO *********7089 CCSC: R 65000 |
| 5/16 | 1,080,000.00 | FUNDS TRANSFER (ADVICE 2007051600048984) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM GREENWICH CONSTRUCTION OBI=CONSTRUCTIONS OF 39-45 EAST 29TH RFB=        05/16/07 02:46PM ET |
| 5/18 | 420,000.00 | TRANSFERRED TO *********8683 CCSC: J 87647 |
| 5/24 | 8,856.66 | TRANSFERRED TO *********7089 CCSC: J 87415 |
| 5/24 | 2,030,481.62 | FUNDS TRANSFER (ADVICE 2007052400017079) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM GREENWICH CONSTRUCTION CO OBI=REF: CONSTRUCTION OF 39-45 E 29 ST RFB=        05/24/07 09:49AM ET |
| Total | $3,690,844.89 | |

---

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 5/01 | 766,926.14 | 5/11 | 614,680.36 | 5/25 | 2,463,597.79 |
| 5/02 | 740,314.11 | 5/16 | 1,083,173.75 | 5/29 | 2,402,288.20 |
| 5/03 | 737,314.11 | 5/18 | 4,404,594.87 | 5/30 | 2,375,643.25 |
| 5/04 | 723,530.36 | 5/21 | 4,403,794.87 | 5/31 | 2,333,613.80 |
| 5/07 | 617,030.36 | 5/24 | 2,464,456.59 | | |

---



### Cash Management Small Business Checking

| 02 | 2000015538659 | 036 | 130 | 0 | 38 | 34,474 |

---

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 9/04 | 50,000.00 | FUNDS TRANSFER (ADVICE 2007090400015105)<br>SENT TO ARCON SOLUTIONS L/<br>BNF=<br>OBI=<br>RFB=        09/04/07  08:04AM ET |
| 9/07 | 1,070,000.00 | TRNSFR 2000015538633        09/07<br>WACHOVIA CONN CONFIRMATION # WC090717545400 |
| 9/10 | 350.00 | FUNDS TRANSFER (ADVICE 2007091000034406)<br>SENT TO CHASE MANHATTAN B/JPMORGANCHASE BAN<br>BNF=PRYOR CASHMAN, LLP<br>OBI=421-A CERTIFICATES...12762.00004...<br>RFB=20000005ARCONSOL  09/10/07  12:24PM ET |
| 9/12 | 10,867.41 | FUNDS TRANSFER (ADVICE 2007091200025519)<br>SENT TO CITIBANK, NYC FW/CITIBANK N.A.<br>BNF=H. THOMAS O'HARA ARCHITECT, PLLC<br>OBI=INVOICE #7246<br>RFB=20000008ARCONSOL  09/12/07  11:06AM ET |
| 9/12 | 622,095.99 | FUNDS TRANSFER (ADVICE 2007091200020888)<br>SENT TO VALLEY NATIONAL B/VALLEY NATIONAL B<br>BNF=GOTHAM GREENWICH CONSTRUCTIONCO,LLC<br>OBI=REQUISITION #12 $5,415,270.99  REQU<br>RFB=20000007ARCONSOL  09/12/07  10:16AM ET |
| 9/12 | 5,000,000.00 | FUNDS TRANSFER (ADVICE 2007091200020131)<br>SENT TO VALLEY NATIONAL B/VALLEY NATIONAL B<br>BNF=GOTHAM GREENWICH CONSTRUCTIONCO,LLC<br>OBI=REQUISITION #12 $5,415,270.99  R<br>RFB=20000006ARCONSOL  09/12/07  10:05AM ET |
| 9/14 | 15,559.94 | FUNDS TRANSFER (ADVICE 2007091400060614)<br>SENT TO ARCON SOLUTIONS L/<br>BNF=ARCON SOLUTIONS LLC<br>OBI=<br>RFB=20000010ARCONSOL  09/14/07  03:39PM ET |
| 9/14 | 16,570.60 | FUNDS TRANSFER (ADVICE 2007091400060474)<br>SENT TO ARCON SOLUTIONS L/<br>BNF=ARCON SOLUTIONS LLC<br>OBI=<br>RFB=20000009ARCONSOL  09/14/07  03:38PM ET |
| 9/20 | 14,473.57 | INTL FUNDS TRANSFER (ADVICE 2007092000051965)<br>SENT TO BANCO DE SABADELL/BANCO DE SABADELL<br>BNF=DIALOGO DE COMUN RFB=20000012ARCONSOL<br>AMT=     9935.08 CUR=EUR RATE=  1.4568142<br>REF=20000012ARCONSOL  09/20/07  05:15PM ET |
| **Total** | **$6,799,917.51** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 9/04 | 293,346.85 | 9/10 | 6,692,035.86 | 9/14 | 1,029,651.32 |
| 9/06 | 7,762,385.86 | 9/11 | 6,688,023.26 | 9/18 | 1,010,268.82 |
| 9/07 | 6,692,385.86 | 9/12 | 1,055,059.86 | 9/19 | 1,004,580.24 |

*Daily Balance Summary continued on next page*

---

# EXHIBIT
# B

**De:**          Michael Falke [mfalke@arconsolutions.com]
**Enviado el:**  viernes, 11 de enero de 2008 22:49
**Para:**        Casamitjana, Lluis
**Asunto:**      SORRY

Lluis, I will have the money Monday put into the East 29th Street account and from there we can have it wired to whatever account you instruct us to wire it to. Both Mark and I am VERY SORRY for any trouble that this has caused you. As you can imagine we have not taken this lightly. Both Mark and I have given YOU AND ESPAIS 100% attention. We have worked hard to assemble a great team and to push this project to the limits both construction and sales. If you recall I have done everything possible to help I opened an account for Espais to get started in the USA I signed personally on the lease because it required a personal guarantee from a United States citizen and I have fought for the project with the seller, the attorneys and all of the vendors to get the best possible deal. Both Mark and I have helped give Espais a Great name in the NYC market and when Espais was not making payments on time or signing documents on time We have taken the brunt of all of this while NEVER saying a bad thing about your company.

We made a VERY BAD CHOICE and I hope that you can forgive us and especially me since of the relationship that you and I went into this venture in and that we can work to re-build the trust needed to finish this job together.

From the bottom of my heart,
Mike

# EXHIBIT
# C

EAST 29TH STREET LLC
39-45 East 29th Sreet
New York City

Wachovia Bank, NA
Jorge A. Aguirre
Relationship manager
International Private Advisory Group
200 S. Biscayne Blvd, 13th Floor
Miami, FL 33131

Barcelona, 10 de enero de 2008

Estimado Sr. Aguirre:

Por medio de la presente comunicación le solicitamos formalmente la sustitución del Sr.
Mike Falke como persona autorizada en la cuenta que nuestra entidad mantiene abierta
en Wachovia Bank por la Sra. María Vicente, de quien ya le constan sus datos
personales por habérsele remitido en fotocopia escancada de su Documento Nacional de
Identidad.

Atentamente,

Rafael de Gispert
Assistant Secretary

Luis Casamitjana Serraclara
President

#3

By means of the present communication we formally request the substitution of Mr. Mike Falke as the person authorized on the account that our entity maintains open in Wachovia Bank to Ms. Maria Vicente whose personal information has been remitted to you in a scanned photocopy of her national documents of identity.

# EXHIBIT
# D

**De Gispert, Rafael**

**De:**            mfalke@arconsolutions.com
**Enviado el:**    miércoles, 16 de enero de 2008 17:14
**Para:**          De Gispert, Rafael
**Asunto:**        Fees


Rafael, per are agreement for the top 4 floors since the loan closed last Friday we
have taken are fees due. 218,750. Please hurry to the meeting Adam will be here
shortly.
Sent via BlackBerry from T-Mobile

# EXHIBIT
# E

**ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.**
**C/O PRYOR CASHMAN, LLP**
**410 PARK AVENUE**
**NEW YORK, NEW YORK 10022**

January 18, 2008

BY HAND

Mr. Mike Falke and Mr. Gemignani
Arcon Solutions, LLC
Espirito Santo Plaza
1395 Brickell Avenue, Suite 800
Miami, FL 33131

Re:    Contract dated August 1, 2006 as amended (the "Contract") between Espais
       Promocions Immobilaries EPI, S.A. ("Espais") and Arcon Solutions, LLC
       ("Arcon") relating to the condominium development known as and located at
       39-45 East 29th Street, New York, New York (the "Project")

Dear Mr. Falke and Mr. Gemignani:

       As discussed, we are writing to advise you that based upon your wrongful acts and
conduct, Espais has been left with no choice but to terminate the Contract and your
involvement with the Project effective immediately.

       Your unlawful, unconscionable or inequitable conduct includes, but is not limited to:
your recent embezzlement of over $1.49 million from the account of East 29th Street LLC (the
"Owner"); your unauthorized retrieval of funds from the Owner's operating account for
payment of your fees and disbursements; repeatedly making unilateral decisions without
seeking due authorization and in violation of the Contract; your failure in reporting in due time
facts relevant to the Project; and your misrepresentations with respect to the costs associated
with the four floor addition to the Project.

       You and your employees are not authorized to take any further action in connection
with the Project including making any payments, writing checks or directing any of the parties
at the job site. You are also hereby informed that Mr. Falke has been removed as Assistant
Secretary to both East 29th Street LLC and 39-45 East 29th Street Corp.

       Please be further advised that in accordance with the Contract, you are obligated to turn
over all files to Owner and we insist that you do so immediately by having the same delivered
to us at the above address. In addition, you are obligated to fully cooperate with any transition

Mr. Mike Falke
January 18, 2008
Page 2

team by providing information and assistance as needed. Any failure in this regard will only increase your liability for the damages incurred.

      Under the circumstances, you are not entitled to any further compensation under the Contract or otherwise and we reserve all rights to pursue any and all legal avenues available to us.

                    Espais Promocions Immobiliaries EPI, S.A.

                    By: Rafael de Gispert

*I Michael Falke Acknowledge That Rafael of Ricard Handed Me this Document AT 10:00 Am on Friday the 18TH of Jan-2008*

# EXHIBIT
# F

## WACHOVIA 02 200001553609 036 130 0 38

# Cash Management Small Business Checking

### Deposits and Other Credits continued

| Date | Amount | Description |
|---|---|---|
| 1/25 | 3,055,707.00 | FUNDS TRANSFER (ADVICE 200801250003347) TRANSFER ORG/102DDA WACHOVIA BANK NA/FUND03 TRANSFER RFB+00848099713202210 B/H TENDER REFERENCE FT8 REF+00812503360/0797 01/25/08 12:03PM ET |

**Total** $10,432,439.01

### Checks

| Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|
| 1140 | 210,256.68 | 1/03 | 1157 | 6,500.00 | 1/17 |
| 1161* | 9,538.38 | 1/09 | 1158 | 35,762.00 | 1/16 |
| 1150* | 11,000.00 | 1/16 | 1159 | 6,162.07 | 1/01 |
| 1160 | 13,700.60 | 1/14 | 1161* | 7,643.28 | 1/31 |

* Indicates a break in check number sequence

| Number | Total |
|---|---|
| 1169* | 5,316.57 |
| **Total** | **$307,568.58** |

### Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 1/02 | 50,000.00 | FUNDS TRANSFER (ADVICE 200801020004164) SENT TO ARCON SOLUTIONS LLC OB= RFB+0000008ARCONSOL 01/02/08 11:34AM ET |
| 1/03 | 923,490.00 | FUNDS TRANSFER (ADVICE 200801030005216) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM GREENWICH CONSTRUCTION CO OB= RFB+00000028ARCONSOL 01/03/08 03:36PM ET |
| 1/09 | 10,063.27 | FUNDS TRANSFER (ADVICE 200801090005572) SENT TO ARCON SOLUTIONS LLC BNF=ARCON SOLUTIONS LLC OB= RFB+00000039ARCONSOL 01/09/08 03:36PM ET |
| 1/10 | 33,910.34 | FUNDS TRANSFER (ADVICE 200801100010089) SENT TO CHASE MANHATTAN B/ BNF=STAR PM LOANS LLC OB= RFB+STAR 33715 01/10/08 06:32AM ET |
| 1/16 | 216,750.00 | FUNDS TRANSFER (ADVICE 200801160002814) SENT TO WACHOVIA BANK, NJ OB= RFB+00000247ARCONSOL 01/10/08 03:27PM ET |
| 1/16 | 216,750.00 | TRANSFERRED TO ********8633 RFB= 01/16/08 03:27PM ET |

Other Withdrawals and Service Fees continued on next page.

WACHOVIA BANK, N.A., BUSINESS BANKING - DADE

---

## WACHOVIA 03 200001553609 036 130 0 38

# Cash Management Small Business Checking

### Other Withdrawals and Service Fees continued

| Date | Amount | Description |
|---|---|---|
| 1/16 | 548,000.15 | INTL FUNDS TRANSFER (ADVICE 200801160002608) SENT TO BANCO DE SABADELL/BANC SABADELL ATL BNF=ESPAS PROMOCION RFB+00811615024 AMT= 395241.92 CUR/EUR RATE= 1.4840000 REF+00811615024 01/16/08 06:16PM ET |
| 1/16 | 855,669.12 | INTL FUNDS TRANSFER (ADVICE 200801160002607) SENT TO BANCO DE SABADELL/BANC SABADELL ATL BNF=ESPAS PROMOCION RFB+00811615082 AMT= 576636.01 CUR/EUR RATE= 1.4840000 REF+00811615082 01/16/08 06:55PM ET |
| 1/16 | 855,669.12 | INTL FUNDS TRANSFER (ADVICE 200801160002693) SENT TO BANCO DE SABADELL/BANC SABADELL ATL BNF=ESPAS PROMOCION RFB+00811615104 AMT= 576636.01 CUR/EUR RATE= 1.4840000 REF+00811615104 01/16/08 06:16PM ET |
| 1/16 | 855,669.12 | INTL FUNDS TRANSFER (ADVICE 200801160002655) SENT TO LA CAIXA BANC SABADELL ATL BNF=ESPAS PROMOCION RFB+00811615020 AMT= 576636.01 CUR/EUR RATE= 1.4840000 REF+00811615020 01/16/08 06:52PM ET |
| 1/25 | 240,339.55 | FUNDS TRANSFER (ADVICE 200801250001637) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM OB= RFB+080125150066 01/25/08 02:07PM ET |
| 1/25 | 1,000,000.00 | FUNDS TRANSFER (ADVICE 200801250001545) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM OB= RFB+080125150553 01/25/08 02:56PM ET |
| 1/25 | 1,000,000.00 | FUNDS TRANSFER (ADVICE 200801250001593) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM OB= RFB+080125150654 01/25/08 02:58PM ET |
| 1/25 | 1,000,000.00 | FUNDS TRANSFER (ADVICE 200801250051649) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM OB= RFB+080125150656 01/25/08 02:57PM ET |
| 1/25 | 1,000,000.00 | FUNDS TRANSFER (ADVICE 200801250051729) SENT TO VALLEY NATIONAL B/ BNF=GOTHAM OB= RFB+080125150694 01/25/08 02:57PM ET |

**Total** $18,959,911.97

### Daily Balance Summary

| Date | Amount | Date | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 1/02 | 1,849,023.45 | 1/09 | 698,026.12 | 1/11 | 5,157,804.58 |
| 1/03 | 714,327.77 | 1/10 | 664,115.78 | 1/14 | 5,144,084.58 |

Daily Balance Summary continued on next page

WACHOVIA BANK, N.A., BUSINESS BANKING - DADE

# EXHIBIT
# G

Crown Banking 

09    1010127878751  036  30    0  15    SAFEKRPT    Replacement Statement        003

Other Withdrawals and Service Fees continued

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 1/15 | 28.76 | PURCHASE    CAFFE ABBRACCI        01/14<br>4828701622962    CORAL GABLES FL 2020V226401 | | 200801142031000 |
| 1/15 | 32.09 | PURCHASE    ENHANCED WIRELESS     01/13<br>4828701622962    MIAMI        FL 2020V236401 | | 200801130949000 |
| 1/15 | 103.86 | PURCHASE    THE RITZ CARLTON F    01/14<br>4828701622962    KEY BISCAYNE FL 2020V240720 | | 200801142258000 |
| 1/15 | 233.04 | PURCHASE    MACABI STEAKHOUSE     01/14<br>4828701622962    S. MIAMI    FL 2020V242072 | | 200801140318000 |
| 1/16 | 15.50 | PURCHASE    PET SUPERMARKET #136  01/15<br>MIAMI        FL 20201415969 | | 200801151827000 |
| 1/16 | 104.68 | PURCHASE    WHOLE FOODS MARK 6701 R 01/15<br>CORAL GABLES FL 2020I913687 | | 200801152052470 |
| 1/16 | 160.50 | PURCHASE    PISTILS AND PETALS    01/15<br>4828701622962    MIAMI BEACH  FL 2020V257301 | | 200801150807000 |
| 1/16 | 188.93 | PURCHASE    AMZ*Amazon Payment    01/16<br>4828701622962    AMZN.COM/BIL WA 2020V250001 | | 200801151055000 |
| 1/17 | 5.00 | PURCHASE    PAYPAL *GAIA ONLIN    01/15<br>4828701622962    402-935-7733 CA 20202288499 | | 200801151521000 |
| 1/17 | 6.68 | PURCHASE    STARBUCKS USA 0008    01/15<br>4828701622962    MIAMI        FL 2020V213554 | | 200801150010000 |
| 1/17 | 19.73 | PURCHASE    VE RESTAURANT GROU    01/15<br>4828701622962    MIAMI        FL 2020V210183 | | 200801150728000 |
| 1/17 | 25.00 | MISCELLANEOUS FEE<br>DOMESTIC OUTGOING WIRETRANSFER | | 000000000000002 |
| 1/17 | 55.47 | PURCHASE    VE RESTAURANT GROU    01/15<br>4828701622962    MIAMI        FL 2020V200183 | | 200801150720000 |
| 1/17 | 76.43 | PURCHASE    ARCHIE'S GOURMET P    01/16<br>4828701622962    50 SW 10 ST  FL 2020V251180 | | 200801160625000 |
| 1/17 | 218,750.00 | FUNDS TRANSFER  (ADVICE 20080117000010326)<br>SENT TO SUN AMERICAN BANK/<br>BNF=MARK GEMIGNANI<br>OBI=<br>RFB=        01/17/08  08:33AM ET | | 000080117010326 |
| 1/18 | 3.00 | MISCELLANEOUS FEE<br>BANK ASSISTED TRANSFER | | 000000000000004 |
| 1/18 | 14.71 | PURCHASE    PASHA'S        01/17<br>4828701622962    MIAMI        FL 2020V211180 | | 200801170454000 |
| 1/18 | 50.00 | TRANSFERRED TO  *********6092 | | 000001558200667 |
| 1/18 | 70.00 | OVERDRAFT/UNAVAILABLE FUNDS FEE<br>2 TRANSACTION(S) AT    $35.00 | | 000000000000002 |
| 1/18 | 270.84 | PURCHASE    LE CROISIC        01/16<br>4828701622962    KEY BISCAYNE FL 2020V289871 | | 200801160928000 |

Other Withdrawals and Service Fees continued on next page.

WACHOVIA BANK, N.A. , BRICKELL AVENUE                        page 9 of 12

# EXHIBIT
# H

Crown Banking

01    1010138936174  036  30      0  3    SAFEKEPT    Replacement Statement    003


JILL K FALKE
10 ARAGON AVE STE 1602              PB
CORAL GABLES FL  33134

1/09/2008 thru 2/06/2008

Crown Banking

Account number:      1010138936174
Account owner(s):    JILL K FALKE

## Account Summary

Opening balance 1/09              -$5,701.95 -
Deposits and other credits        62,967.14 +
Interest paid                          0.64 +
Checks                            21,097.43 -
Automated Checks                   4,247.33 -
Other withdrawals and service fees 21,094.95 -
Closing balance 2/06              $22,230.02

## Deposits and Other Credits

| Date | Amount | Description | |
|------|--------|-------------|--|
| 1/22 | 312.14 | DEPOSIT   CORAL GABLES DRIVE-THR  01/21#0697 | 200801211336020 |
|      |        | 2525 PONCE DE LEO CORAL GABLES FL 1010W001437 | |
| 1/23 | 48,915.00 | FUNDS TRANSFER  (ADVICE 200801230040148) | 000080123040148 |
|      |        | RCVD FROM  SUN AMERICAN BANK/PANAMERICAN BK | |
|      |        | ORG=MARK JOSEPH GEMIGNANI | |
|      |        | RFB=200800034           OBI=PYMT ON BEHALF OF MI | |
|      |        | RBP=200800034           B01/23/08   01:43PM ET | |
| 1/24 | 1,750.00 | TRANSFERRED FROM ***********8751 | 000001059900667 |
| 1/31 | 11,990.00 | TRANSFERRED FROM ***********8751 | 000001525800667 |
| 2/06 | 0.64 | INTEREST FROM 01/09/2008 THROUGH 02/06/2008 | 000425000400001 |
| Total | $62,967.78 | | |

## Interest

Number of days this statement period        29
Annual percentage yield earned            0.05 %
Average interest balance            $16,102.34
Interest earned this statement period    $0.64
Interest paid this statement period      $0.64
Interest paid this year                  $0.73

## Interest Rate Summary

| Dates | Rate % | Dates | Rate % | Dates | Rate % |
|-------|--------|-------|--------|-------|--------|
| 1/09 - 2/06 | 0.05 | | | | |


WACHOVIA BANK, N.A. ,  CORAL GABLES MAIN                    page 1 of 9


EXHIBIT
C
STATE LEGAL®

# EXHIBIT
# I

Crown Banking

| 02 | 1010127878751 | 036 | 30 | 0 | 15 | SAFEKEPT | Replacement Statement | 003 |

**Deposits and Other Credits continued**

| Date | Amount | Description | |
|---|---|---|---|
| 1/23 | 65,835.00 | FUNDS TRANSFER (ADVICE 2008012300040198) RCVD FROM SUN AMERICAN BANK/PANAMERICAN BK ORG=MARK JOSEPH GEMIGNANI RFB=200800035 OBI= REF=200800035 01/23/08 01:44PM ET | 000080123040198 |
| 1/24 | 0.75 | INTEREST FROM 12/25/2007 THROUGH 01/24/2008 | 000425000400001 |

Total   $312,179.33

**Interest**

| Number of days this statement period | 31 |
|---|---|
| Annual percentage yield earned | 0.05 % |
| Average interest balance | $17,595.48 |
| Interest earned this statement period | $0.75 |
| Interest paid this statement period | $0.75 |
| Interest paid this year | $0.75 |

**Interest Rate Summary**

| Dates | Rate % | Dates | Rate % | Dates | Rate % |
|---|---|---|---|---|---|
| 12/25 - 1/17 | 0.05 | 1/18 - 1/22 | 0.00 | 1/23 - 1/24 | 0.05 |

**Checks**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1244 | 2,444.00 | 1/02 | 1302 | 453.62 | 1/23 | 1307* | 1,270.19 | 1/23 | 3231892924 | 5551505520 | 4039660340 |
| 1246* | 25.00 | 12/27 | 1303 | 210.00 | 1/17 | 1309* | 170.00 | 1/24 | 1050599180 | 1255816720 | 4631515300 |
| 1249* | 1,195.00 | 1/15 | 1304 | 200.00 | 1/17 | Total | $7,286.18 | | 1650387810 | 4038942274 | |
| 1301* | 585.00 | 1/15 | 1305 | 633.37 | 1/23 | | | | 1234550976 | 1552114420 | |

*Indicates a break in check number sequence

**Other Withdrawals and Service Fees**

| Date | Amount | Description | | | |
|---|---|---|---|---|---|
| 12/26 | 2.00 | PURCHASE MIAMI BEACH METER 12/24 4828701622962 MIAMI BEACH FL 2020V282070 | | | 200712240058000 |
| 12/26 | 3.59 | PURCHASE STARBUCKS USA 0008 12/24 4828701622962 MIAMI FL 2020V253551 | | | 200712240943000 |
| 12/26 | 11.88 | PURCHASE STARBUCKS USA 0021 12/23 4828701622962 CORAL GABLES FL 2020V203555 | | | 200712231337000 |
| 12/26 | 14.59 | PURCHASE SPARKLE PLENTY 12/22 4828701622962 MIAMI FL 2020V233585 | | | 200712220428000 |
| 12/26 | 42.94 | PURCHASE SUSHI MAKI 12/25 4828701622962 S. MIAMI FL 2020V262542 | | | 200712250308000 |
| 12/26 | 75.00 | PURCHASE CHEVRON 00047604 12/24 4828701622962 MIAMI FL 2020V254729 | | | 200712240742000 |

Other Withdrawals and Service Fees continued on next page.

WACHOVIA BANK, N.A. , BRICKELL AVENUE                page 2 of 12