UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCON SOLUTIONS, LLC,

    Plaintiff, Counter-Defendant

-against-

EAST 29th STREET, LLC, and
ESPAIS PROMOCIONS IMMOBILARIES EPI, S.A.,

    Defendants, Counter-claimants,

-against-

MICHAEL FALKE and MARK GEMIGNANI,

    Additional Counter-Defendants.

---

08 CV 02050 (RMB)

**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERCLAIM DEFENDANTS TO FILE THEIR REPLY TO THE MOTION TO DISMISS COUNTERCLAIMS**

    WHEREAS, Counterclaim Defendants Michael Falke and Mark Gemignani have moved pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) to dismiss the counterclaims asserted by Defendants/Counterclaimants East 29th Street, LLC and Espais Promocions Immobilaries EPU, S.A. (the "Motion"); and

    WHEREAS, Defendants/Counterclaimants' opposition to the Motion was filed on July 16, 2008;

    WHEREAS, Defendants/Counterclaimants' reply is currently due July 23, 2008; and

    WHEREAS, the Defendants/Counterclaimants have consented to 3 day adjournment of the date by which Counterclaim Defendants are required to file their Reply;

    WHEREAS, the date on which Counterclaim Defendants were to serve their Reply was adjourned once (from July 16 to July 23) when the parties agreed to adjourn the date by which Defendants/Counter-Claimants were to file their opposition to the Motion.

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that:

1. Counterclaim Defendants' reply, if any, shall be served so as to be received by July 28, 2008.

2. This Stipulation may be executed in counterparts, each of which shall be considered to be an original instrument. Fax signatures shall be deemed to be originals.

Dated: July 22, 2008

ZARCO, EINHORN, SALKOWSKI AND BRITO, PA

By: _____
Robert F. Salkowski, Esq. (RS 0358)
Bank of America Tower
100 Southeast 2nd Street, Suite 2700
Miami, FL 33131
Phone: (305) 374-5418
Fax: (305) 374-5428

*Attorneys for Plaintiff/Counter-Defendant Arcon Solutions LLC and Additional Counter-Defendants Michael Falke and Mark Gemignani*

PRYOR CASHMAN, LLP

By: _____
Todd E. Soloway, Esq.
Jonathan T. Shepard, Esq.
410 Park Avenue
New York, New York 10022
Phone: (212) 421-4100
Fax: (212) 326-0506

*Attorneys for Defendants/Counterclaimants East 29th Street, LLC and Espais Promocions Immobilaries EPI, S.A.*

SO ORDERED:

Date: July 23 2008

_____
The Honorable Richard M. Berman
United States District Court Judge

2