UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ARCON SOLUTIONS, LLC,

                Plaintiff,             ORDER OF REFERENCE TO
                                                A MAGISTRATE JUDGE

     -against-

                                                   08 CIVIL 2050 (RMB) (DCF)

EAST 29TH STREET, LLC, et al.,

                Defendants.
------------------------------------------------------------x

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All Such Motions: _____ |
| _____ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

SO ORDERED.

Dated: New York, New York
         August 21, 2008

                                                  RICHARD M. BERMAN, U.S.D.J.