

# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806    www.pryorcashman.com

Eric D. Sherman
Partner

Direct Tel: 212-326-0862
Direct Fax: 212-798-6394
esherman@pryorcashman.com

August 27, 2008

**VIA FACSIMILE 212-805-4258**

Honorable Debra Freeman
United States District Court
Southern District of New York
500 Pearl Street, Room 525
New York, New York 10007

      Re: Arcon Solutions, LLC v. East 29th Street, LLC, et al.
         Case No. 08-CV 2050 (RMB)

Dear Judge Freeman:

    We represent defendant East 29th Street, LLC in this case. I write pursuant to the instructions of Your Honor's law clerk, Brian Morgan. As Your Honor is aware, the Court has accepted plaintiff's August 19, 2008 letter as plaintiff's motion to compel depositions in New York and has indicated that defendant's opposition is due on or before close of business August 29, 2008. In addition, the Court has instructed plaintiff to provide reply on or before September 3, 2008. As I indicated to Mr. Morgan, the partner at my firm that oversees this matter, Todd Soloway, is out of the office (in Israel) and will not be returning to the office until Tuesday, September 2. I contacted opposing counsel, Mikhael Ann Buchanan, who refused to consent to an adjournment. Mr. Morgan asked that we first seek consent and that we if were unable to obtain consent, we should inform the Court by letter.

    Hence, defendant respectfully requests that the Court adjourn the deadline for opposition to September 8 and the date for reply to September 12. We thank the Court for its consideration.

Respectfully submitted,

Eric D. Sherman

*The deadline for defendant's opposition is extended to September 4, 2008. Reply by September 5, 2008.*

SO ORDERED: DATE: 9/2/08

*Debra Freeman*

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

cc: Mikhael Ann Buchanan [via facsimile (305)374-5428]

708373